AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Oklahoma   ▼

| | | |
|---|---|---|
| Hugh Charles Jose Berger, Jr. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   CIV-25-460-JAR |
| Nexfund, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hugh Charles Jose Berger, Jr., Plaintiff                                                                .

Date:     01/22/2026

/s/ Anthony Paronich
*Attorney's signature*

Anthony Paronich, Pro Hac Vice, MA 678437
*Printed name and bar number*
Paronich Law, PC
350 Lincoln ST, STE 2400
Hingham, MA 02043

*Address*

anthony@paronichlaw.com
*E-mail address*

(617) 485-0018
*Telephone number*

*FAX number*