**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| HUGH CHARLES JOSE BERGER, JR, individually and on behalf of a class of all persons and entities similarly situated, | ) ) ) | Civil Action No. 25-cv-460-JAR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| NEXFUND, LLC | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Hugh Charles Jose Berger, Jr., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby voluntarily dismisses this action against Defendant Nexfund, LLC, without prejudice.

Respectfully submitted,

/s/ Matthew D. Alison
Matthew Alison, OBA 32723
Indian and Environmental Law Group, PLLC
233 S. Detroit, STE 200
Tulsa, OK 74120
Tel: (918) 347-6169
matthew@iaelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of April, 2026, I electronically submitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing for all registered participants.

/s/ Matthew D. Alison

1